| | |
|---|---|
| 1 | Jeffrey P. Davis #166484 |
| 2 | DOWLING, AARON & KEELER, INC.<br>8080 N. Palm Avenue |
| 3 | Third Floor<br>Fresno, CA 93711 |
| 4 | Tel: (559) 432-4500<br>Fax: (559) 432-4590 |
| 5 | jdavis@daklaw.com |
| 6 | Attorneys for Defendant FARMERS INSURANCE EXCHANGE (erroneously sued herein as "FARMERS INSURANCE GROUP – MERCED OFFICE") |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUE TAKAHASHI,<br><br>  Plaintiffs,<br><br>vs.<br><br>FARMERS INSURANCE GROUP-MERCED OFFICE, individuals and DOES 1 through XX, inclusive,<br><br>  Defendants. | Case No. 1:09-CV-01668-OWW-SMS<br><br>**ORDER GRANTING MOTION OF DEFENDANT FARMERS INSURANCE EXCHANGE TO DISMISS COMPLAINT UNDER F.R.C.P. 12(b)(6)**<br><br>**DATE: MARCH 1, 2010**<br>**TIME: 10:00 a.m.**<br>**DEPT: 3**<br><br>**JUDGE OLIVER W. WANGER** |



The motion of Defendant FARMERS INSURANCE EXCHANGE (erroneously sued herein as "Farmers Insurance Group – Merced Office")("Defendant") under Federal Rules of Civil Procedure, Rule 12(b)(6), to dismiss the complaint of Plaintiff MITSUE TAKAHASHI ("Plaintiff") for failure to state a claim or, in the alternative, motion for a more definite statement, came on regularly for hearing on March 1, 2010, at 10:00 a.m. in Department 3, the Honorable Oliver W. Wanger, presiding. Plaintiff appeared pre se. Defendant was represented by Jeffrey P. Davis, of Dowling, Aaron & Keeler, Inc.

The Court having considered the papers and argument of the parties, evidence having been introduced, judicial notice having been taken and good cause appearing,

**IT IS ORDERED** that Defendant's motion be, and hereby is, **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's claims under Title VII and the ADEA, contained within her Constructive Wrongful Discharge claim, are time-barred and barred by res judicata. As to the Title VII and ADEA claims, the motion to dismiss is **GRANTED**, and these claims are **DISMISSED WITH PREJUDICE**.

2. Supplemental jurisdiction is declined over the remaining state law claims, and they are **DISMISSED WITHOUT PREJUDICE**.

3. In all other respects, Defendant's motion to dismiss or, in the alternative, motion for a more definite statement is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED:   March 17, 2010**          /s/ Oliver W. Wanger
                                      **UNITED STATES DISTRICT JUDGE**

