1  Jeffrey P. Davis #166484
   DOWLING, AARON & KEELER, INC.
2  8080 N. Palm Avenue
   Third Floor
3  Fresno, CA 93711
   Tel: (559) 432-4500
4  Fax: (559) 432-4590
   jdavis@daklaw.com
5

6  Attorneys for Defendant FARMERS INSURANCE EXCHANGE (erroneously sued herein as "FARMERS INSURANCE GROUP – MERCED OFFICE")

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| 12  MITSUE TAKAHASHI, | Case No. 1:09-CV-01668-OWW-SMS |
| 13           Plaintiffs, | **ORDER GRANTING MOTION OF DEFENDANT FARMERS INSURANCE EXCHANGE TO DISMISS COMPLAINT UNDER F.R.C.P. 12(b)(6)** |
| 14  vs. | |
| 15  FARMERS INSURANCE GROUP-MERCED OFFICE, individuals and DOES 1 through XX, inclusive, | **DATE: MARCH 1, 2010** |
| 16  | **TIME: 10:00 a.m.** |
| | **DEPT: 3** |
| 17           Defendants. | **JUDGE OLIVER W. WANGER** |

18



---

**ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS COMPLAINT UNDER F.R.C.P. 12(b)(6)**

1  The motion of Defendant FARMERS INSURANCE EXCHANGE (erroneously sued herein as "Farmers Insurance Group – Merced Office")("Defendant") under Federal Rules of Civil Procedure, Rule 12(b)(6), to dismiss the complaint of Plaintiff MITSUE TAKAHASHI ("Plaintiff") for failure to state a claim or, in the alternative, motion for a more definite statement, came on regularly for hearing on March 1, 2010, at 10:00 a.m. in Department 3, the Honorable Oliver W. Wanger, presiding.  Plaintiff appeared pre se.  Defendant was represented by Jeffrey P. Davis, of Dowling, Aaron & Keeler, Inc.

The Court having considered the papers and argument of the parties, evidence having been introduced, judicial notice having been taken and good cause appearing,

**IT IS ORDERED** that Defendant's motion be, and hereby is, **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's claims under Title VII and the ADEA, contained within her Constructive Wrongful Discharge claim, are time-barred and barred by res judicata.  As to the Title VII and ADEA claims, the motion to dismiss is **GRANTED**, and these claims are **DISMISSED WITH PREJUDICE**.

2. Supplemental jurisdiction is declined over the remaining state law claims, and they are **DISMISSED WITHOUT PREJUDICE**.

3. In all other respects, Defendant's motion to dismiss or, in the alternative, motion for a more definite statement is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED:   March 17, 2010**              /s/ Oliver W. Wanger
                                       **UNITED STATES DISTRICT JUDGE**



**ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS COMPLAINT UNDER F.R.C.P. 12(b)(6)**